**UNITED STATES of America,**

v.

**Richard BRIGHTWELL, Appellant.**

**No. 03–2001.**

United States Court of Appeals,
Third Circuit.

Argued June 21, 2004.

Decided July 28, 2004.

On Remand from the Supreme Court of
the United States Jan. 24, 2005.

Filed April 19, 2005.

Marcia G. Shein, (Argued), Shein &
Biggs, Decatur, GA, for Appellant.

Thomas M. Zaleski, (Argued), Office of
the United States Attorney, Philadelphia,
PA, for Appellee.

Before NYGAARD, MCKEE, and
CHERTOFF,* Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

This matter is before us on remand by
the United States Supreme Court. This
Court, by opinion filed July 28, 2004, af-
firmed the District Court's judgment of
conviction. On January 24, 2005, the Su-
preme Court granted the motion of Peti-
tioner Richard Brightwell for leave to pro-
ceed in forma pauperis and granted the
petition for writ of certiorari. The Court
vacated the judgment of this Court and
remanded the case for further consider-
ation in light of *United States v. Booker*,
— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d
621 (2005).

Upon further consideration as directed
by the Supreme Court, we reaffirm all
portions of our prior decision with respect
to the conviction, including our conclusion
that there was sufficient evidence for a
reasonable jury to convict. On the other
hand, we will vacate that portion of our
judgment that affirmed the judgment of
sentence and remand to the District Court
for resentencing in accordance with *Book-
er*.

For the foregoing reasons, we will af-
firm Brightwell's conviction, vacate his
sentence and remand to the District Court
for resentencing.